IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                    **8:14CR126**

          vs.

OTTONIEL SILVA-AVALOS,                                        **ORDER**

                    Defendant.

 

This matter is before the court on defendant's MOTION TO EXTEND PRETRIAL MOTION DEADLINE [20].   The record shows that this deadline expired on May 20, 2014. The Court notes that counsel was retained by the defendant on May 31, 2014.  The retention of new counsel after the expiration of a Pretrial Motion Deadline is not a sufficient explanation for granting the defendant's motion for extension of time.  The court finds that the defendant has not shown good cause for extending the deadline.


IT IS ORDERED:


Defendant's MOTION TO EXTEND PRETRIAL MOTION DEADLINE [20] is denied.


Pursuant to NECrimR 59.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later an12:00 Noon on Friday, June 6, 2014.



Dated this 2nd day of June, 2014.

                                        BY THE COURT:

                                        s/ F.A. Gossett, III
                                        United States Magistrate Judge